**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 14-61519-CIV-BLOOM/VALLE**

**STAR PROPERTY INVESTMENTS, CORP**,

Plaintiff,

v.

**U.S. BANK NATIONAL ASSOCIATION**, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**,

Defendants.
_______________________________/

**ORDER GRANTING MOTION TO QUASH AND DISMISS BY DEFAULT**

This matter came before the Court on a *sua sponte* review of the record. On July 18, 2014, Defendant filed a Motion to Quash Service of Process and Dismiss Plaintiff's Complaint for Failure to State a Claim. ECF No. [9] ("the Motion"). Because the Plaintiff had not yet responded, the Court ordered Plaintiff to respond to the Motion by October 16, 2014. *See* ECF No. [21] (citing S.D. Fla. Local Rule 7.1(c)). To date, Plaintiff has not filed an opposing memorandum of law, nor has sought an extension of time to do so.

Accordingly, it is **ORDERED** and **ADJUDGED** that

1. Defendant's Motion to Quash Service of Process and Dismiss, **ECF No. [9]** is **GRANTED BY DEFAULT**;
2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**;
3. The Clerk shall **CLOSE** this case;
4. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 20th of October, 2014.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record